STATE, Respondent, v. DACHTLER, Appellant.
(178 N. W. 735.)
(File No. 4702.   Opinion filed July 15, 1920.)

Appeal from Circuit Court, Meade County.   Hon. James McNeeny, Judge.

William Dachtler, the defendant, was convicted of an offense, and he appeals. On State's motion to dismiss appeal. Motion denied.

See 43 S. D. 189, 178 N. W. 734.

*Robert C. Hayes,* and *John T. Heffron,* for Appellant.
*Byron S. Payne,* Attorney General, for Respondent.

McCOY, P. J.   Motion to dismiss appeal in this case is made on the same grounds as in No. 4701, of the same title, 178 N. W. 734. For the same reasons assigned in that case, the motion may be denied.

POLLEY, J. not sitting.